# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Youssouph Sirleaf,

        Petitioner,

v.

Secretary, Department of Homeland Security;
Jefferson Sessions, Attorney General;
Scott Baniecke, ICE Field Office Director;
and Kurt Freitag, Freeborn County Sheriff;

        Respondents.

Civil No. 17-cv-4126 (DSD/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. Youssouph Sirleaf's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DISMISSED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 12, 2018
                              s/David S. Doty
                              DAVID S. DOTY
                              United States District Judge